William F. Tarantino (SBN 215343)
wtarantino@mofo.com
Nicole Ozeran (SBN 302321)
nozeran@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Phone Number (415)268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
SUMMER INFANT (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| KEEZIO GROUP, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMER INFANT (USA), Inc., <br><br> Defendant. | Case No. 2:22-cv-3429 <br><br> **NOTICE OF REMOVAL** |

- 1 -
NOTICE OF REMOVAL

SF-4837840

Pursuant to 28 U.S.C. § 1446, Defendant Summer Infant (USA), Inc., ("Defendant" or "Summer Infant"), by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the State of California for the County of Los Angeles, Central District, to the United States District Court for the Central District of California Los Angeles Division. Summer Infant appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On or around April 8, 2022, Plaintiff Keezio Group, LLC ("Plaintiff" or "Keezio") commenced the Action in the Superior Court of the State of California for the County of Los Angeles, Central District, as Case No. 22STCV11992. The State Court Docket and Pleadings are hereto as <u>Exhibit A</u>, and the Civil Cover Sheet is attached hereto as <u>Exhibit B</u>.

2. In the Complaint, Plaintiff alleges that Summer Infant purposefully and with the specific intention of maligning Keezio's product (including OmniBoost), tradename, and business reputation, and in connection with promoting its products to Amazon, filed malicious and knowingly false complaints with Amazon alleging that Keezio's OmniBoost product infringed upon the trademarks owned or controlled by Summer Infant. Compl., Ex. A, ¶ 7.

3. Plaintiff claims that as a result of Summer Infant's Amazon complaints, Amazon suspended Keezio's rights to market and sell OmniBoost and removed the product from the Amazon online retail sales platform, resulting in injury to Keezio's brand, tradename and long-established business relationship, as well as pecuniary loss attributable to lost sales of its products. *Id.*

4. Plaintiff also alleges that Summer Infant's conduct caused Keezio to unnecessarily modify its advertising and business practices to Keezio's further damage. *Id.*

5. The Complaint states that the damages will exceed $75,000, exclusive of interest and costs. Compl., Ex. A, ¶ 33.

6. On or about April 19, 2022, counsel for Summer Infant accepted service of the Summons and Complaint. A copy of the Service of Process Transmittal is attached hereto as Exhibit C.

7. No orders have been issued in the Action.

8. In accordance with the requirements of 28 U.S.C § 1446(b)(1) this Notice of Removed is filed within thirty (30) days of Summer Infant's receipt, through service or otherwise, of the Complaint and Summons.

9. Plaintiff alleges that it is a limited liability company organized and existing under the laws of the State of California.

10. Plaintiff's members, Davis Clute and Nathan Ross, are residents of California and Tennessee, respectively. A copy of the Statement of Information filed by Plaintiff with the Secretary of State of California is attached hereto as <u>Exhibit D</u>.

11. Summer Infant is a Delaware corporation with its principal place of business at 1275 Park East Drive, Woonsocket, Rhode Island.

12. The Action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C § 1332(a)(1) and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C § 1441, because the parties are citizens of different states and the amount in controversy with respect to Plaintiff exceeds $75,000, exclusive of interest and costs.

13. Pursuant to 28 U.S.C § 1446(d), Summer Infant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Los Angeles, Central District, and will serve a copy of the same on counsel for Plaintiff.

WHEREFORE, Defendant Summer Infant hereby removes the Action now pending in the Superior Court of the State of California for the County of Los

- 4 -
NOTICE OF REMOVAL

SF-4837840

Angeles, Central District Case No. 22STCV11992, to the United States District Court for the Central District of California Los Angeles Division.

DATED: May 19, 2022

/s/ William F. Tarantino

William F. Tarantino
Morrison & Foerster LLP
Attorneys for Defendant
SUMMER INFANT (USA), INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2022, a true and accurate copy of this document was e-filed and served to the following:

    Scott D. Dinsmore
    Ryan J. Jones
    Law Offices of Scott Dinsmore, APC
    324 Manhattan Beach Blvd., Suite 201
    Manhattan Beach, CA 90266
    sdinsmore@lawinmb.com
    rjones@lawinmb.com

                                          William F. Tarantino